**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Antonio R. WHITE,
Defendant/Appellant.**

**No. ED 92776.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 16, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 2010.

Application for Transfer Denied
May 25, 2010.

Dora A. Fichter, Assistant Attorney
General, Jefferson City, MO, for Plaintiff/Respondent.

Kent Denzel, Assistant Public Defender,
Columbia, MO, for Defendant/Appellant.

Before KATHIANNE KNAUP
CRANE, P.J., CLIFFORD H. AHRENS,
J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Defendant, Antonio R. White, appeals
from the judgment entered on a jury verdict finding him guilty of assault in the
first degree, in violation of section 565.050
RSMo (2000), and armed criminal action,
in violation of section 571.015 RSMo
(2000). The trial court found defendant to
be a prior and persistent offender and
sentenced him to thirty years imprisonment for assault and ten years imprisonment for armed criminal action, to be
served concurrently. No error of law appears and no jurisprudential purpose
would be served by a written opinion. The
parties have been provided with a memorandum for their information only, setting
forth the reasons for this decision. The
judgment is affirmed in accordance with
Rule 30.25(b).